# United States Court of Appeals
## For the First Circuit

No. 02-1864

LITTLE BAY LOBSTER COMPANY, INC., ET AL.,

Plaintiffs, Appellants,

v.

DONALD L. EVANS, SECRETARY OF COMMERCE,

Defendant, Appellee.

**ERRATA**

The opinion of this court issued December 19, 2003, is amended as follows:

On page 2, line 22:  please replace "311 F.3d 120" with "311 F.3d 109, 110."